```
WILLIAM IRVAN        )
      V              )   Case 4:12-cv-01683
WILLIAM STEPHENS     )
```

Clerk of Court                                    August 4, 2013

Dear Clerk:

      Please find enclosed a letter to Patrick F. McCann and a letter to the State Bar of Texas.

Please file these documents in above said case.

Thank You for Your help in the matter.

*United States Courts*
*Southern District of Texas*
*FILED*
*AUG 0 6 2013*
*David J. Bradley, Clerk of Court*

                                           Respectfully,

                                           William D. Irvan

PATRICK F. MCCANN                                       AUGUST 4, 2013


RE: WITHDRAWL IN MY DNA ISSUE AND DO NOT FILE ANYTHING IN MY CASES


Again, I am telling you that you are not my Attorney in my Federal case 4:12-cv-01683 or my Art.64 DNA Motion out of the 180TH District Court. Cause # 864928.

**DO NOT FILE ANYTHING IN MY CASES AND PER RULE 1.15 YOU ARE DISCHARGED AND WITHRAWL IS MANDTORY.**

YOU ARE NOT MY ATTORNEY IN ANY CASE OR CAUSE I HAVE IN STATE OR FEDERAL COURT.

ANY AGREEMENTS YOU MADE WITH ANYONE OR ANY COURT IS VOID. THIS GOES FOR YOU AND CASIE GOTRO.


William D. Irvan

CC

Harris County District Clerk
US District Clerk
State Bar of Texas

STATE BAR OF TEXAS                                          AUGUST 4,2013
Office of the Chief Disciplianary Counsel
Kali R.Morgan
RE:201303060 William D.Irvan - Patrick F.McCann

Dear Ms.Morgan:

       I received a letter from you dated June 21,2013.
and it atated that "The lawyer will be provided a copy of your
Complaint,directed to file a responce,and provide you a cppy of
the responce within thirty (30) day's of receiving notice3of the
complaint."

It has been (44) Day's since this letter was written,and I have
not received anything from your office or Patrick F.McCann.Could
you please tell me around when I should receive the responce ?

I would also like to file another grievance on Mr.McCann for
not withdrawing in my Cause #864928 DNA Issue.If you look on the
grievance.I told him and told him Per Rule 1.15,He was discharged
and witndraw is mandtory....He did withdraw in my Federal case,
but did so VERY UNPROFESSIONALY.HE BASICLY TOLD THE JUDGE I WAS
GUILTY AND TO KILL ME.IN HIS WITHDRAW MOTION...Can I file another
grievance on him while I have this grievance pending ?

THANK YOU VERY MUCH AND I WILL BE LOOKING FOR YOUR LETTER.


                                                                 Respectfully,

                                                                 William D.Irvan


CC
Patrick F.McCann
UB District Court - Clerk
180TH District Court-Clerk

WILLIAM D. IRVAN 999472
3872 FM 350 South
Livingston, Tx. 77351
Polunsky Unit

Legal Mail

US DISTRICT COURT
Southern District of Texas
Houston Division
Attn: Clerk Of Court
515 Rusk
Houston, Tx. 77002

7700226239