WILLIAM D. IRVAN §
   V.                §   Case 4:12-cv-01683
WILLIAM STEPHEN      §

CLERK of COURT

Dear Clerk:

    Please find a letter to Judge Hughes asking him to give me a hearing as to the statis of my case Pro Se and if anything is going on .

Thank you for all of your help.

                                   Respectfully,
                                   William D. Irvan.

*FILED SEP 03 2013, David J. Bradley, Clerk of Court, United States Courts Southern District of Texas*

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

WILLIAM IRVAN,
  PETITIONER
V                                         Case 4:12-cv-01683
WILLIAM STEPHENS,
  RESPONDENT

HONORABLE JUDGE LYNN N. HUGHES          AUGUST 29, 2013

Judge Hughes:

   On August 27,2013. I received a responce to my grievance from the State Bar. In William Irvan - Patrick F. McCann, Grievance #201303060, and Patrick McCann stated in his responce" McCann states that in the the 5 Issues filed in my Amended petition. The Court felt my issues have merit and asked for additional briefing, **WHICH IS TAKING PLACE NOW BEFORE THE HONORABLE JUDGE LYNN HUGHES."**

Judge Hughes, this statement lead's me to believe that Mr. McCann is continuing to litigate my case in your court. Should that be the case Your Honor. I have done **everything** I can to make this court aware I do not want Mr. McCann or Casie Gotro representing me in any shape, fashion, or form.

I do not believe that they have my best intrest at heart!

28 USCS 1654 states that The individual has a right to proceed Pro Se.

Fraetta V California 95 S.Ct 2525 , 18a-18b states Forcing an accused, against his will, to accept a state appointed public defender deprives the accused his constitiutional right to conduct his own defence.

Your Honor I can not sleep at night, and im so stressed out due to the fact that I can not get a responce from the court as to what the statis of my legal filing' are at this time or if I am Pro Se.

<u>I am begging this court to give me a hearing to make me aware of my statis of my appeal at this time!</u>

Respectfully,
William Irvan.

WILLIAM IRVAN 999472
Polunsky Unit
3872 FM 350 South
Livingston, Tx. 77351

UNITED STATES
SOUTHERN DISTRICT OF TEXAS
FILED

SEP 03 2013

David J. Bradley, Clerk of Court

Legal Mail

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
ATTN: CLERK of COURT
515 Rusk
Houston, Tx. 77002