| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |
|---|---|

William Irvan, §
§
       Petitioner, §
§
versus                                 §        Civil Action H-12-1683
§
William Stephens, §
§
       Respondent. §

## Stay

Irvan has repeatedly filed letters complaining about his appointed attorneys' representation. (25, 26, 28, 29) Irvan says that he has filed a grievance with the state bar against counsel. Irvan now wants to represent himself. (31, 38) His current attorneys want to withdraw from this case. (32)

Irvan says that he has filed a *pro se* case in state court. (30) Irvan wants this court to dismiss his federal case without prejudice so that he can litigate his state action. (41) Stephens has not responded.

1. Patrick F. McCann and Casie Lynn Gotro are removed as counsel of record for Irvan.
2. This action is stayed and administratively closed until the conclusion of Irvan's state case.
3. Stephens will inform the court when Irvan's state case has concluded.
4. When the state case is over, the court will reconsider Irvan's motion to represent himself.
5. All other motions are denied.

Signed on December 6, 2013, at Houston, Texas.

                                                                Lynn N. Hughes
                                                        United States District Judge