UNITED STATES DISTRICT COURT               SOUTHERN DISTRICT OF TEXAS

United States District Court
Southern District of Texas

**ENTERED**

May 03, 2017

David J. Bradley, Clerk

| | | |
|---|---|---|
| William Irvan, | § | |
| | § | |
| Petitioner, | § | |
| | § | Civil Action H-12-1683 |
| *versus* | § | |
| | § | |
| Lorie Davis, | § | |
| | § | |
| Respondent. | | |

### Order

On December 6, 2013, this court stayed Irvan's federal habeas action to allow state litigation to proceed. (42) Davis will file a report on the status of Irvan's state case by May 31, 2017.

Signed on May 3 _____, 2017, at Houston, Texas.

Lynn N. Hughes
United States District Judge