IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |  |
|---|---|---|
| WILLIAM IRVAN, | § | |
|     *Petitioner,* | § | |
| | § | |
| v. | § | |
| | § | No. H-12-1683 |
| LORIE DAVIS, Director | § | |
| Texas Department of Criminal | § | |
| Justice, Correctional | § | |
| Institutions Division, | § | |
|     *Respondent.* | § | |

**ADVISORY RESPONDING TO COURT'S MAY 3, 2017 ORDER**

This is a federal habeas corpus proceeding in which petitioner William Irvan, a Texas death-row inmate, filed his federal petition attacking his capital-murder conviction and sentence of death pursuant to 28 U.S.C. § 2254. Pet., ECF No. 1; Amend. Pet., ECF No. 18. In December of 2013, this Court entered an order staying this proceeding until the conclusion of Irvan's state litigation and allowing federal habeas counsel to withdraw. Stay, ECF No. 42. On May 3, 2017, the Court ordered counsel for the Director to file an update on the status of Irvan's case by May 31, 2017. Ord., ECF No. 45. Counsel for the Director was not served with this order until June 13, 2017, at which time the order was emailed directly to the undersigned. The undersigned now advises the Court as follows.

Irvan's state litigation remains pending. The undersigned is not only the assigned Assistant Attorney General for the federal habeas litigation but has also assumed the role of District Attorney Pro Tem based on an ongoing conflict at the Harris County District Attorney's Office. The undersigned and Irvan's then-appointed attorney agreed to DNA testing before the state court and have proceeded with some of the testing. However, Irvan's appointed counsel withdrew from the case, as had previous counsel, and the lab is currently waiting for additional instruction from the parties. Irvan is currently without appointed counsel in any court. On May 3, 2017, the State, as represented by the undersigned, asked the state court to appoint counsel as required by state law. The undersigned has not seen any action from the state court on this matter. State law also requires a state court hearing on the evidence when the lab is through processing. Thus, the Director believes the stay should remain in place as it will take some time for the state litigation to conclude.

    Respectfully submitted,

    KEN PAXTON
    Attorney General of Texas

    JEFFREY C. MATEER
    First Assistant Attorney General

    ADRIENNE MCFARLAND
    Deputy Attorney General
    for Criminal Justice

|  |  |
|---|---|
|  | EDWARD L. MARSHALL |
|  | Chief, Criminal Appeals Division |
|  |  |
|  | */s/ Ellen Stewart-Klein* |
| * Attorney-in-charge | *ELLEN STEWART-KLEIN |
|  | Assistant Attorney General |
|  | Texas Bar No. 24028011 |
|  |  |
|  | P. O. Box 12548, Capitol Station |
|  | Austin, Texas   78711 |
|  | Tel:  (512) 936-1400 |
|  | Fax: (512) 320-8132 |
|  | Ellen.Stewart-Klein@oag.texas.gov |
|  |  |
|  | ATTORNEYS FOR RESPONDENT |

## CERTIFICATE OF SERVICE

    I do hereby certify that a true and correct copy of the above and foregoing pleading has been served by placing same in the United States mail, postage prepaid, on this the 13th day of June 2017, addressed to:

William Irvan
TDCJ-CID # 00999472
Polunsky Unit
3872 FM 350 South
Livingston, TX 77351

                                                */s/ Ellen Stewart-Klein*
                                                ELLEN STEWART-KLEIN
                                                Assistant Attorney General